**Mary A. Grainey, appellee, v. Neil H. Schafer et al., appellants.**

Assupmsit upon promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1922.

Affirmed. Opinion filed July 10, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Lane, Dryer & Brown, for appellants. D. G. Williamson and J. L. Simpson, for appellee.

Mr. Justice Heard delivered the opinion of the court.